DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELISEO SOTO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2773

_____

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.